2021R00192/DMT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Crim. No. 21-307 (SDW) |
| RICHARD WILLIAMS | : | 18 U.S.C. § 922(g)(1) |

RECEIVED IN THE CHAMBERS OF
APR 14 2021 2:22 p.m.
HON. JAMES B. CLARK, U.S.M.J.

## INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

### COUNT ONE
(Possession of a Firearm by a Convicted Felon)

On or about January 22, 2021, in Essex County, in the District of New Jersey and elsewhere, the defendant,

**RICHARD WILLIAMS**,

knowing that he had previously been convicted of at least one crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, namely a Dan Wesson, model Pointman, .45 caliber semi-automatic pistol, bearing serial number 45MJ00494, loaded with six (6) rounds of .45 caliber ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE ALLEGATION**

1. As a result of committing the instant firearms offense in violation of 18 U.S.C. § 922(g)(1), as charged in this Indictment, the defendant,

**RICHARD WILLIAMS**,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the commission of such offense, including but not limited to:

(1) One Dan Wesson, model Pointman, .45 caliber semi-automatic pistol, bearing serial number 45MJ00494; and

(2) Six (6) rounds of .45 caliber ammunition.

### Substitute Assets Provision

2. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

A TRUE BILL

███████████████

FOREPERSON

_Rachael A. Honig_
RACHAEL A. HONIG
Acting United States Attorney

CASE NUMBER: 21-307 (SDW)

# United States District Court
# District of New Jersey

**UNITED STATES OF AMERICA**

v.

**RICHARD WILLIAMS**

## INDICTMENT FOR

18 U.S.C. § 922(g)(1)

**Foreperson**

**RACHAEL A. HONIG**
*ACTING UNITED STATES ATTORNEY*
*FOR THE DISTRICT OF NEW JERSEY*

DeNae M. Thomas
*Assistant U.S. Attorney*
*Newark, NJ*
*973-645-2511*